JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEGIS SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIFTH WHEEL TRUCKING, INC., a corporation; LUNA DE DELGADILLO, an individual; ALMA PEREZ an individual; and LINO DE JESUS MONROY MARTINEZ an individual,<br><br>Defendants. | Case No.: ED CV 19-1965-DMG (SPx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE [63]** |

Based on the parties' Stipulation, and good cause appearing therefor, the Court hereby approves the Stipulation and orders as follows:

1. The above-captioned action is dismissed in its entirety without prejudice.
2. All parties are to bear their own costs.
3. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE